UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MAMEA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>V. THUNG, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-1082 KJN P<br><br><br>ORDER |

Plaintiff is a prisoner, proceeding pro se and in forma pauperis, and is incarcerated under the authority of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. On July 17, 2019, the court directed the CDCR to serve process electronically on defendants Thung and Shelby and directed the Office of the Attorney General to file waivers of services for those defendants who choose to waive service.

Defendant Thung filed a waiver of service and filed an answer on November 5, 2019. But service of process has not been made on defendant Shelby, identified by plaintiff as "Nurse Shelby." On August 14, 2019, a CDCR representative informed the court that defendant Shelby is an "unknown" individual.

Plaintiff must provide additional information to serve defendant Shelby. Plaintiff is directed to promptly seek such information through discovery, the California Public Records Act (Calif. Gov't. Code §§ 6250, et seq.), or other means available to plaintiff. If access to the

required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet;

2. Within sixty days from the date of this order, plaintiff shall complete and submit to the court:

    a. The attached Notice of Submission of Documents; and

    b. One completed USM-285 form for defendant Shelby;

3. Alternatively, plaintiff shall show cause in writing why he cannot provide such information, including a description of his efforts, or he may opt to voluntarily dismiss defendant Shelby and proceed solely as to defendant Thung.

Dated: November 7, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mame1082.8e

2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MAMEA,<br><br>        Plaintiff,<br><br>   v.<br><br>V. THUNG, et al.,<br><br>        Defendants. | No. 2:19-cv-1082 KJN P<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

    \_\_\_\_    Notice of Submission of Documents

    \_\_\_\_    One completed USM-285 form for defendant Shelby

    OR

    \_\_\_\_  Plaintiff shall show cause in writing as specified in the order;

    OR

    \_\_\_\_  Plaintiff may opt to voluntarily dismiss defendant Shelby and proceed solely as to defendant Thung.

DATED:

                                     _____
                                     Plaintiff