UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MAMEA,<br><br>    Plaintiff,<br><br>    v.<br><br>V. THUNG, et al.,<br><br>    Defendants. | No. 2:19-cv-1082 KJN P<br><br>ORDER |

By an order filed November 7, 2019, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendant Shelby, show cause why he cannot provide such information, including a description of his efforts, or he could voluntarily dismiss defendant Shelby and proceed solely as to defendant Thung. On January 10, 2020, plaintiff filed a notice confirming he chooses to voluntarily dismiss defendant Shelby and proceed solely as to defendant Thung.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request to voluntarily dismiss defendant Shelby (ECF No. 21) is granted; and

////

////

////

1

2. The Clerk of the Court is directed to dismiss defendant Shelby from this action without prejudice.

Dated: January 14, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mame1082.dsm1