UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MAMEA,<br><br>            Plaintiff,<br><br>    v.<br><br>V. THUNG, et al.,<br><br>            Defendants. | No. 2:19-cv-01082-TLN-KJN<br><br>**ORDER** |

Plaintiff John Mamea ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 28, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 33.) Neither party has filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

1      Accordingly, IT IS HEREBY ORDERED that:

2      1. The Findings and Recommendations filed January 28, 2021 (ECF No. 33), are

3 ADOPTED IN FULL;

4      2. Defendant V. Thung's Motion for Summary Judgment (ECF No. 24) is GRANTED;

5 and

6      3. The Clerk of the Court is directed to close the case.

7      IT IS SO ORDERED.

8 DATED: March 17, 2021

                                          Troy L. Nunley
                                          United States District Judge